# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JONATHAN MAHONE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV416-261 |
| SGT. HAWKINS, | ) ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Jonathan Mahone has failed to comply with the November 12, 2016 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). See L.R. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

SO REPORTED AND RECOMMENDED, this 15th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA