UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JONATHAN MAHONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-261 |
| | ) | |
| SGT. HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the Court **ADOPTS** the R&R as its opinion, and this case is **DISMISSED WITHOUT PREJUDICE.**

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2017.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia